IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. WASHINGTON,<br><br>    Petitioner,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____/ | No. C 09-05791 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    On December 9, 2009, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    More than thirty days have passed and Petitioner has not paid the filing fee, submitted an in forma pauperis application or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 2/1/10

                                                                 SAUNDRA BROWN ARMSTRONG<br>
                                                                 United States District Judge

1 UNITED STATES DISTRICT COURT

2 FOR THE

3 NORTHERN DISTRICT OF CALIFORNIA

6 ROBERT N WASHINGTON,                             Case Number: CV09-05791 SBA

7            Plaintiff,                            **CERTIFICATE OF SERVICE**

8    v.

9 CALIFORNIA STATE et al,

10           Defendant.
                                            /

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13 That on February 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert N. Washington P-72776
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: February 3, 2010

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Washington5791.DisIFP.wpd

2